PEOPLE, Appellant, *v.* DU BOIS, Respondent.

*(Supreme Court, General Term, Third Department. July 6, 1889.)*

Appeal from court of sessions, Saratoga county.

Argued before LEARNED, P. J., and LANDON and INGALLS, JJ.

*T. F. Hamilton*, Dist. Atty., for the People. *I. C. Ormsby*, for respondent.

INGALLS, J. We conclude that the indictment was fatally defective, and that the demurrer was properly sustained. The reasons for such conclusion will be found in the opinion delivered in the case of *People* v. *Burns, ante,* 611, which was argued at the same term of this court. The facts and questions of law involved in this case are substantially the same as those contained in the case referred to. The judgment of the court of sessions must be affirmed, with costs. All concur.

---

IRR, Respondent, *v.* O'BRIEN *et al.*, Appellants.

*· (Supreme Court, General Term, Fifth Department. June 22, 1889.)*

Action by Joseph Irr against Edward C. W. O'Brien and another.

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.

No opinion. Judgment affirmed, with costs.

---

GALLAGHER, Respondent, *v.* GRAND TRUNK RY. CO. OF CANADA, Appellant.

*(Supreme Court, General Term, Fifth Department. March, 1889.)*

For former report, see *ante,* 581.

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.

*E. C. Sprague*, for appellant. *Martin W. Cook*, for respondent.

No opinion. Judgment affirmed for the reason stated in the opinions in the ·case of *Jennings* v. *Railway Co.*, 5 N. Y. Supp. 140.

---

KNOWER *et al.*, Appellants, *v.* CENTRAL NAT. BANK, Respondent.

*(Supreme Court, General Term, First Department. July 9, 1889.)*

Appeal from special term, New York county.

Plaintiffs appeal from order sustaining demurrer to complaint.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*J. J. Adams*, for appellants. *George A. Strong*, for respondent.

VAN BRUNT, P. J. The decision in the case of *First Nat. Bank* v. *Central Nat. Bank, ante,* 236, herewith handed down, disposes of the questions arising upon this appeal. The judgment should be affirmed, with costs. All ·concur.

---

LEATHER MANUFACTURERS' NAT. BANK, Appellant, *v.* HALSTEAD *et al,*
Respondents.

*(Supreme Court, General Term, First Department. July 9, 1889.)*

Appeal from special term, New York county.

Plaintiff appeals from an order sustaining a demurrer to its complaint.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Charles E. Hughes*, for appellant. *William P. Williams*, for respondents.